## ANGUS, Receiver v AETNA CASUALTY & SURETY CO

Ohio Appeals, 1st Dist, Hamilton Co
Decided July 18, 1929

For full opinion see 177 NE 646; 39 Oh Ap 411 (Oh Bar 11-17-31).